O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-05662 AHM | Date | July 16, 2008 |
|---|---|---|---|
| Title | KATIE A. et al v. BONTA et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    The Court GRANTS Plaintiffs' request for judicial notice of Section 7001(a) of Public Law 110-252 (H.R. 2642), Supplemental Appropriations Act 2008. The Court ORDERS that each party file a statement setting forth his or her respective position as to how (if at all) this newly enacted law affects Plaintiffs' pending motion for preliminary injunction. The parties shall file these statements, not to exceed five pages, by no later than July 23, 2008.

:

Initials of Preparer     SMO