UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05662 AHM (SHx) | | Date | August 13, 2008 |
|---|---|---|---|---|
| Title | KATIE A. et al v. BONTA, et al | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: |

**Proceedings:**      IN CHAMBERS: ( No Proceedings Held)

The Court has read the Advisory Panel's Eighth Report, dated April 18, 2008 and responds as follows:

First, the Court again thanks the Panel for its salutary contributions.

Second, the Court endorses the recommendations of the Panel on page 4, except for the fifth item, concerning contracting with Arizona experts. Practical considerations suggest that that is not feasible at the present time, so the County should pursue less formal means of benefitting from Arizona's experience.

Next, has the Strategic Plan referred to in the Report been completed? Adopted?

Next, if the appointment of Lesley Blatcher as the project manager has helped reduce some impediments to implementing the Settlement Agreement, plaintiffs and the County should use that development to prepare a tailored presentation to the State Defendants about how those Defendants might overcome the barriers created by the fact that at least three separate departments or agencies (including Probation, an arm of the judiciary) are involved in addressing the needs of the statewide class members.

Next, has the Advisory Panel been providing its various reports to counsel for the State Defendants? If not, it should do so, for all the previous reports and future ones as well.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05662 AHM (SHx) | Date | August 13, 2008 |
|---|---|---|---|
| Title | KATIE A. et al v. BONTA, et al | | |

    Next, what are the results of the "option of a Waiver with the State DMH" referred to at page 24, concerning Medicaid funding for IHBS?

    Finally, what is the status of the County's analysis of Medicaid billing in Arizona and the availability of Medicaid funding for a comparable program in California?

    The Panel may respond to those inquiries in its next report, or sooner (if it chooses to).

                                                                                  :

Initials of Preparer      SMO