O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV02-5662-AHM (SHx) | Date | August 14, 2008 |
|---|---|---|---|
| Title | KATIE A, et al. v. DIANA BONTA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert D. Newman | Karen Ackerson-Brazille |
| Kimberly Lewis | Jennifer Kim |
| Patrick Gardner | Carmen D. Snuggs |
| Fiza A. Qurashi | |

**Proceedings:**     STATUS CONFERENCE

Cause called; appearances made.

Court questions counsel and orders additional documents to be filed by not later than Wednesday, August 20, 2008.

The Court orders Plaintiffs to file any "form" or "checklist" used by providers to determine what services are authorized by the State. The Court also orders Plaintiffs to file any practice manuals that provide guidance to providers as to what services the State covers.

The Court orders State Defendants to file any statement or document from the State of California that characterizes what services listed in the attached Table of Contents to Dr. Redman's table are authorized under the categories listed in Section 1386(a) of the Medicaid Act.

Plaintiffs' motion for preliminary injunction will remain under submission.

Parties ordered to split the cost and obtain a transcript of this hearing.

|  | 2 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | SMO | |

# Table with Selected States' Coverage of Components of Wraparound Services and Therapeutic Foster Care

## Table of Contents

| Table Sections | Page |
|---|---|
| **Appendix A: Components of Wraparound Services** | |
| Engagement of Child/Family | 3 |
| Immediate Crisis Stabilization | 7 |
| Ongoing Crisis and Safety Planning | 10 |
| Strengths and Needs Assessment | 14 |
| Wraparound Team Formation | 18 |
| Wraparound Service Plan Development | 22 |
| Wraparound Services Plan Implementation | 27 |
| Tracking and Adapting the Wraparound Service Plan | 32 |
| Transition | 36 |
| **Appendix B: Components of Therapeutic Foster Care** | |
| Therapeutic Foster Care | 41 |
| Recruiting and Matching | 42 |
| Foster Parent Training | 43 |
| Development of Treatment Plan | 47 |
| Tracking and Adapting the Treatment Plan | 51 |
| Plan Implementation | 54 |
| Family Treatment | 57 |
| Transition | 60 |
| Sources | 63 |

Linda Huff Redman, Ph.D.
0549

12/05/07