O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-05662 AHM | Date | September 23, 2008 |
|---|---|---|---|
| Title | KATIE A. et al v. BONTA et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

  The Court has commenced working with a new law clerk, David Tannenbaum. Mr. Tannenbaum has a close personal relationship with Marisol Orihuela. Ms. Orihuela is currently a Liman Fellow with the American Civil Liberties Union of Southern California ("ACLU"). Her responsibilities in no way entail anything whatsoever to do with this case or with the *Emily Q.* litigation. Mr .Tannenbaum has represented that he will not discuss either such case with Ms. Orihuela. The Court directs counsel for the ACLU to file declarations in each case confirming that Ms. Orihuela will be fully "walled off" from both such cases. The declaration for the *Emily Q.* case shall append this order to it.

                        :

              Initials of Preparer    SMO