O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-05662 AHM (SHx) | Date | May 28, 2010 |
|---|---|---|---|
| Title | KATIE A. *et al* v. DIANA BONTA *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court GRANTS the Special Master's request (and that of the parties) for a status conference to be held on June 15, 2010 at 3:00 p.m.

                                                                                        :

                                                        Initials of Preparer        SMO