# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV02-05662-AHM (SHx) | Date | June 15, 2011 |
|---|---|---|---|
| Title | KATIE A, et al. v. DIANA BONTA, etc., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Melinda R. Bird
Robert D. Newman
Kimberly Lewis
Patrick Gardner

Attorneys Present for Defendants:

Ernest Martinez
Douglas Press

**Proceedings:** MEDIATION (non-evidentiary)

Cause called; appearances made. Also present is Special Master, Richard Saletta.

The ground rules for the mediation are placed on the record and the mediation is held. For reasons stated on the record, the Court seals the transcript of the mediation.

|  | 8 : 00 |
|---|---|
| Initials of Preparer | SMO |