O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV02-05662-AHM (SHx) | Date | December 1, 2011 |
|---|---|---|---|
| Title | KATIE A., et al. v. DIANA BONTA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert D. Newman | Ernest Martinez |
| Kimberly Lewis | Carmen D. Snuggs, DAAG |
| Patrick Gardner | |
| Richard Rothschild | |

**Proceedings:** 
(1) FAIRNESS HEARING ON MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AGREEMENT [754]
(2) PLAINTIFFS' MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT [765]
(3) PLAINTIFFS' MOTION FOR ATTORNEY FEES [766]
(4) PLAINTIFFS' MOTION FOR SETTLEMENT APPROVAL [777]
(non-evidentiary)

Cause called; appearances made. Also present in the courtroom are Richard Saletta, Special Master and Brandon Nichols, County Counsel. Appearing telephonically are the following representatives:

1. Douglas Press, California Department of Health Care Services, Sacramento, CA
2. John Krause, California Department of Health Care Services, Sacramento, CA
3. Francine Bremer, California Department of Social Services, Sacramento, CA
4. Cheryl Treadwell, California Department of Social Services, Sacramento, CA
5. Dina Kokkos-Gonzalez, Department of Health Care Services
6. Gary Renslo - Department of Mental Health/Department of Health Care Services
7. John Lessley - Department of Mental Health/Department of Health Care Services
8. Barbara Zweig - Department of Mental Health - Legal

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV02-05662-AHM (SHx) | Date | December 1, 2011 |
|---|---|---|---|
| Title | KATIE A., et al. v. DIANA BONTA, et al. | | |

  For reasons and findings stated on the record, the Court grants the proposed settlement agreement [754], the settlement of the class action [765], and the motion for attorneys fees [766]. Order and judgment to issue. The parties are to submit a proposed stipulated judgment by tomorrow, December 2, 2011.

  Court grants Mr. Saletta's request to continue the January 19, 2012 status conference to February 17, 2012 at 2:00 p.m. The corresponding status report must be filed by February 10, 2012.

| | : | 27 |
|---|---|---|
| Initials of Preparer | | SMO |