UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV02-05662 AHM (SHx) | Date | February 28, 2012 |
|---|---|---|---|
| Title | KATIE A., et al. v. DIANA BONTÁ, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court approves and adopts the recommendations that Special Master Richard Saletta made in his most recent report, as follows.

1. CDSS and DHCS shall file an "Interim Joint Leadership Plan," and provide a copy to the Special Master, by no later than March 6, 2012.

2. The Court authorizes the Special Master to contract with an outside consultant to elicit assistance for the Negotiation Workgroup in determining Medi-Cal coverage and models for JFC.  Mr. Saletta shall, however, first obtain approval from the Court before entering into any specific contract.

3. The Negotiation Workgroup is directed to continue developing the Implementation Plan.

   IT IS SO ORDERED.

:
Initials of Preparer              SMO