UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-5662 AHM (SHx) | | Date | December 20, 2012 |
|---|---|---|---|---|
| Title | KATIE A., et al. v. DIANA BONTÁ, et al. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

Proceedings:     IN CHAMBERS (No Proceedings Held)

**ORDER RE IMPLEMENTATION PHASE TWO**

This Order reflects the Court's findings and rulings at, and following, the hearing that was held on December 13, 2012.

1. Special Master Saletta shall prepare and file a Roster of the individuals who have been, or will continue to be, responsible for or involved in the implementation of the Settlement Agreement. The roster should contain the titles of the individuals who are identified. The entries should be organized according to agency, status or affiliation. The agencies or affiliations shall include CDSS, DHCS, L.A. County, CWDA, CMHDA, Parent and Youth Representatives, counsel and others.

2. The Special Master shall prepare and file a comprehensive timeline containing the dates, in sequence, by which or on which all of the remaining developments or deadlines are to occur.

3. Phases One and Two of the Implementation Plan are reasonably and sufficiently calculated to meet the terms and objectives in Paragraphs 19 and 20 of the Settlement Agreement, except as provided below. The state is ORDERED to carry them out.

4. The Court adopts and slightly modifies the Special Master's Recommendation 2, as follows:

"Because the ACO Taskforce (described in Section VI, Data and Quality

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-5662 AHM (SHx) | Date | December 20, 2012 |
|---|---|---|---|
| Title | KATIE A., et al. v. DIANA BONTÁ, et al. | | |

Assurance, Phase Two) will not be convened until after the December 13, 2012 hearing date, the work plan for that task force is still being developed, and because there is uncertainty as to how the ACO work plan will be coordinated with other accountability and quality assurance activities required to be implemented by the Department of Health Care Services, the Special Master requests additional time to review the work plan and observe the Taskforce. The Special Master will submit a supplemental Special Master report on the progress of the ACO Taskforce and such other matters as he sees fit by March 1, 2013, at which time the Special Master will expect to have sufficient information to determine if it meets the terms and objectives of the Settlement Agreement."

5. The Court adopts Recommendation 4 of the Special Master, as
   Follows:

"The Special Master further requests and recommends that if, during court jurisdiction, either party seeks to modify the Implementation Plan, any modification must be agreed to by the parties. In the event the parties cannot reach agreement regarding any proposed modification of the Implementation Plan during the period of court jurisdiction, either party may seek to mediate the dispute with the Special Master or any other mutually acceptable mediator, consistent with the dispute resolution process provided for in the Settlement Agreement. If the dispute cannot be resolved, then during court jurisdiction, either party may file a motion seeking modification of the Implementation Plan that is reasonably calculated to achieve the terms of the Settlement Agreement and the
objectives of paragraph 19."

6. The Court adopts what was circulated as Recommendation B, as follows:

After receiving extensive and meaningful public comment on the Medi-Cal Documentation Manual, the Special Master is requesting additional time be provided, beyond the December 31, 2012 date specified in the Phase One, to complete and distribute the Medi-Cal Documentation Manual. The Special Master requests the Court set a new date of February 1, 2013, to complete and distribute the Medi-Cal Documentation Manual and the Core Practices

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-5662 AHM (SHx) | Date | December 20, 2012 |
|---|---|---|---|
| Title | KATIE A., et al. v. DIANA BONTÁ, et al. | | |

Model Guide (currently due on January 31, 2013), with the Special Master having the authority to extend the time to March 1, 2013, if significant progress is being made on completing those documents. If the deadlines for release of the Documentation Plan and Core Practices Model Guide are both extended to February 1, 2013, and the Special Master determines that those deadlines cannot be met and there has not been substantial progress warranting yet another extension to March 1, 2013, the Special Master shall file a status report by not later than February 11, 2013 stating the reasons for the delay and recommending how to overcome them.

|  | : |
|---|---|
| Initials of Preparer | SMO |