UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV02-05662 JAK (AJWx) | Date | August 12, 2015 |
|---|---|---|---|
| Title | Katie A, et al. v. Diana Bonta, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:      (IN CHAMBERS) ORDER CLOSING CASE**
                    <mark>JS-6</mark>

Counsel shall continue to file reports consistent with the implementation of the Plan. However, consistent with the prior orders, for administrative purposes, this matter is deemed closed.

**IT IS SO ORDERED.**

_____    :   _____

Initials of Preparer    ak