LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
BRIAN A. PROCEL (State Bar No. 218657)
bprocel@millerbarondess.com
DAVID W. SCHECTER (State Bar No. 296251)
dschecter@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 / Fax: (310) 552-8400

MARY C. WICKHAM (State Bar No. 145664)
mwickham@counsel.lacounty.gov
VICKI KOZIKOUJEKIAN (State Bar No. 171588)
vokzikoujekian@counsel.lacounty.gov
LAURA QUINONEZ (State Bar No. 253862)
lquinonez@counsel.lacounty.gov
OFFICE OF LOS ANGELES COUNTY COUNSEL
Kenneth Hahn Hall of Administration
500 West Temple Street, Suite 648
Los Angeles, California 90012
Tel.: (213) 974-1811 / Fax: (213) 626-7446

Attorneys for The County Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| KATIE A., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIANA BONTA, et al.,<br><br>        Defendants. | **CASE NO. 2:02-cv-05662-JAK-FFMx**<br><br>**CERTIFICATE OF SERVICE VIA MAIL**<br><br>Assigned to the Hon. John A. Kronstadt and Magistrate Judge Frederick F. Mumm |

445808.1

Case No. 2:02-cv-05662-JAK-FFMx

CERTIFICATE OF SERVICE VIA MAIL

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On December 12, 2019, I served true copies of the following document(s) described as:

**1. STIPULATION AND [PROPOSED] ORDER REGARDING THE COUNTY'S RULE 60(b)(5) MOTION**

**2. CERTIFICATE OF SERVICE VIA MAIL**

on the interested parties in this action as follows:

## SERVICE LIST

| | |
|---|---|
| Fiza A. Quraishi<br>National Center for Youth Law<br>405 - 14th Street 15th Floor<br>Oakland, CA 94612 | Kathleen R Wolfe<br>US Department of Justice<br>950 Pennsylvania Avenue N W NYA<br>Washington, DC 20530 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Miller Barondess, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 12, 2019, at Los Angeles, California.

_____
Tisarai S. Johnson