# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KATIE A., et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>DIANA BONTA, et al.,<br><br>       Defendants. | **CASE NO. 2:02-cv-05662 JAK(FFMx)**<br><br>**[PROPOSED] ORDER TO STAY DISCOVERY, EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING DATE ON THE COUNTY'S RULE 60(b)(5) MOTION**<br><br>Assigned to the Hon. John A. Kronstadt |

# [PROPOSED] ORDER

Having duly considered the Joint Stipulation filed by the Parties and the Katie A. Advisory Panel on June 4, 2020, for good cause shown, the Court hereby **GRANTS** the Joint Stipulation and orders the following: discovery will be stayed through June 15, 2020; the Advisory Panel may file its Response to the Rule 60 Motion on or before Friday, October 9, 2020; Plaintiffs may file an Opposition to the Rule 60 Motion on or before Friday, November 6, 2020; the County Defendants may file their Reply to the Rule 60 Motion on or before Monday, December 21, 2020; and the hearing date on the Rule 60 Motion will be continued until _____.

The Court hereby revises the briefing schedule and hearing date as follows:

| Event | Date |
|---|---|
| Response by Advisory Panel to the Rule 60 Motion | [October 9, 2020] August 28, 2020 |
| Plaintiffs' Opposition to the Rule 60 Motion | [November 6, 2020] September 25, 2020 |
| Defendants' Reply to the Rule 60 Motion and Advisory Panel Response | [December 21, 2020] November 9, 2020 |
| Hearing on the Rule 60 Motion | [TBD, at the Court's convenience] December 7, 2020, 11:30 a.m. |

**IT IS SO ORDERED**

DATED: _____   _____
Hon. John A. Kronstadt
United States District Judge