FILED
CLERK, U.S. DISTRICT COURT

6/9/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE A., et al.,<br><br>        Plaintiffs,<br>    v.<br><br>DIANA BONTA, et al.,<br><br>        Defendants. | **Case No.** 2:02-cv-05662 JAK (FFMx)<br><br>**ORDER RE JOINT STIPULATION TO STAY DISCOVERY, EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING DATE ON THE COUNTY'S RULE 60(b)(5) MOTION (DKT. 1025)** |

Based on a review of the Joint Stipulation to Stay Discovery, Extend Briefing Schedule and Continue Hearing Date on the County's Rule 60(b)(5) Motion (the "Stipulation" (Dkt. 1025)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Discovery will be stayed through June 15, 2020. The briefing and hearing schedule is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Response by Advisory Panel to the Rule 60 Motion | August 28, 2020 | October 9, 2020 |
| Plaintiffs' Opposition to the Rule 60 Motion | September 25, 2020 | November 6, 2020 |
| Defendants' Reply to the Rule 60 Motion and Advisory Panel Response | November 9, 2020 | December 21, 2020 |
| Hearing on Rule 60 Motion | December 7, 2020 | January 25, 2021 at 11:30 a.m. |

**IT IS SO ORDERED**

Dated: June 9, 2020    _____
John A. Kronstadt
United States District Judge