FILED
CLERK, U.S. DISTRICT COURT
July 6, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE A., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIANA BONTA, et al.,<br><br>    Defendants. | CASE No. 2:02-cv-05662-JAK (FFMx)<br><br>**ORDER RE SECOND JOINT STIPULATION TO STAY DISCOVERY, EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING DATE ON THE COUNTY'S RULE 60(b)(5) MOTION (DKT. 1027)** |

Based on a review of the Second Joint Stipulation to Stay Discovery, Extend Briefing Schedule and Continue Hearing Date on the County's Rule 60(b)(5) Motion (the "Stipulation" (Dkt. 1027)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**. Discovery shall be stayed through July 20, 2020. The briefing and hearing schedule is amended as follows:

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Response by Katie A. Advisory Panel to the Rule 60 Motion | October 9, 2020 | November 13, 2020 |
| Plaintiffs' Opposition to the Rule 60 Motion | November 6, 2020 | December 11, 2020 |
| Defendants' Reply to the Rule 60 Motion and Advisory Panel Response | December 21, 2020 | January 25, 2021 |
| Hearing on Rule 60 Motion | January 25, 2021 | March 1, 2021 at 11:30 a.m. |

**IT IS SO ORDERED.**

Dated:  July 6, 2020.

_____
John A. Kronstadt
United States District Judge