**FILED**
CLERK, U.S. DISTRICT COURT

7/31/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  KATIE A., et al.,

12          Plaintiffs,

13

14      v.

15  DIANA BONTA, et al.,

16          Defendants.

17

**CASE NO. 2:02-cv-05662-JAK (FFMx)**

**ORDER RE THIRD JOINT STIPULATION TO STAY DISCOVERY, EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING DATE ON THE COUNTY'S RULE 60(b)(5) MOTION (DKT. 1029)**

18
19
20
21
22
23
24
25
26
27
28

Based on a review of the Third Joint Stipulation To Stay Discovery, Extend

Briefing Schedule And Continue Hearing Date On The County's Rule 60(B)(5)

Motion (the "Stipulation" (Dkt. 1029)), sufficient good cause has been shown for

the requested relief. Therefore, the Stipulation is **GRANTED**. Discovery is stayed

through September 1, 2020. The briefing and hearing schedule is amended as

follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Response by Katie A. Advisory Panel to the Rule 60 Motion | November 13, 2020 | December 18, 2020 |
| Plaintiffs' Opposition to the Rule 60 Motion | December 11, 2020 | January 15, 2021 |
| Defendants' Reply to the Rule 60 Motion and Advisory Panel Response | January 25, 2021 | March 1, 2021 |
| Hearing on Rule 60 Motion | March 1, 2021 at 8:30 a.m. | April 12, 2021 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  July 31, 2020        _____

John A. Kronstadt
United States District Judge