UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE A., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>DIANA BONTA, et al.,<br><br>         Defendants. | No. 2:02-cv-05662-JAK (FFMx)<br><br>**ORDER RE JOINT STATUS REPORT AND STIPULATION (DKT. 1049)** |

Based on a review of the Joint Status Report and Stipulation (the "Stipulation" (Dkt. 1049)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiffs' deadline to file a Motion to Enforce the Settlement Agreement is extended from June 30, 2021 to July 30, 2021.

**IT IS SO ORDERED.**

Dated: June 9, 2021

_____
John A. Kronstadt
United States District Judge