1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10   KATIE A., et al.,                    No. 2:02-cv-05662-JAK-FFMx

11              Plaintiffs,

12        v.                              **ORDER RE STIPULATION TO
                                          EXTEND PLAINTIFFS' DEADLINE
13                                        TO FILE MOTION TO ENFORCE
                                          SETTLEMENT AGREEMENT
14   DIANA BONTA, et al.,                 (DKT. 1063)**

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on a review of the Stipulation to Extend Plaintiffs' Deadline to File Motion to Enforce Settlement Agreement (the "Stipulation" (Dkt. 1063)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiffs' deadline to file a Motion to Enforce the Settlement Agreement is extended from August 30, 2021, to September 30, 2021.

**IT IS SO ORDERED.**

Dated:    August 27, 2021

_____
John A. Kronstadt
United States District Court Judge